**Arthur DiSEGNA et al.**

v.

**BANK OF UTICA.**

**No. 80-237-A.**

Supreme Court of Rhode Island.

June 18, 1981.

Arthur DiSegna, pro se.

Z. Hershel Smith, Providence, for defendant.

## ORDER

This case came before the court on June 18, 1981, pursuant to our order directing plaintiff to appear and *show cause* why his appeal should not be dismissed for lack of prosecution.

Plaintiff having failed to appear, this appeal is hereby dismissed.